UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRUSTEES OF THE NATIONAL SPRINKLER INDUSTRY WELFARE FUND,<br><br>         Plaintiff,<br><br>   v.<br><br>ROMERO ALI,<br><br>         Defendant,<br><br>   v.<br><br>JONES LANG LASALLE AMERICAS, INC.,<br><br>         Garnishee. | Case No. MC19-0066RSL<br><br>ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, Romero Ali, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Jones Lang Lasalle Americas, Inc. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment submitted by plaintiff's counsel on June 7, 2019, at Dkt. # 1-3.

Dated this 14th day of June, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT